FILED'08 AUG 4 10:25USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY J. HENDON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:07-CV-0245-HU<br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, released _____.

DATED this __31st__ day of __July__ 2008.

_____
UNITED STATES MAGISTRATE JUDGE

JUDGMENT [3:07-cv-0245-HU]