FILED
NOV - 6 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY J. HENDON,

        Plaintiff,                         Civil No. 07-245-HU

MICHAEL J. ASTRUE,                           ORDER
Commissioner, Social Security Administration,

        Defendant.

       Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff shall be awarded attorney fees pursuant to 28 U.S.C. §2412, the Equal Access to Justice Act (EAJA), payable directly to his attorney, Phyllis Burke, 3800 NE Sandy Blvd., Suite 226, Portland, OR 97232, in the amount of $7000.00. Costs and expenses have been waived.

       DATED this 6th day of November, 2008.

                                        _____
                                        UNITED STATES DISTRICT MAGISTRATE JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Hendon

ORDER